United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3792

_____

Barbara Whitehead,                          *
                                            *
            Appellant,                      *
                                            *   Appeal from the United States
      v.                                    *   District Court for the
                                            *   Eastern District of Arkansas.
United States of America,                   *
                                            *   [UNPUBLISHED]
            Appellee.                       *

_____

Submitted: May 15, 1998
Filed: May 21, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

        Barbara Whitehead appeals the district court's[1] denial of her 28 U.S.C. § 2255 motion. We have carefully reviewed the record and the parties' briefs, and conclude Whitehead's motion was properly denied. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

---

        [1]The Honorable Stephen M. Reasoner, Chief Judge, United States District Court for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.